# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION

In Re:                                            Case No. 13-30078
                                                   Chapter 13

Mark Hawk                                Hon.     Opperman

      Debtor.
_____/

## OBJECTION TO CLAIM OF THE STATE OF MICHIGAN

      NOW COMES the Debtor, Mark Hawk, by and through his counsel, Bankruptcy Law Office with Mark Hawk, by George E. Jacobs, and for his Objection states as follows:

      1. That the State of Michigan filed a proof of claim on or about 5/24/2013, alleging estimated priority tax of $6290.57 for tax year 2009 (Exhibit "B").

      2. That the actual amount owed to the State of Michigan per the filed return (Exhibit "C") is much lower per the attached returns and other information is zero.

      WHEREFORE, Debtor requests this Honorable Court sustain his Objection to the Claim of the State of Michigan by entering the order attached as Exhibit "A".

                                                             Respectfully submitted,

                                                             Bankruptcy Law Office

Dated:      8-8-13                                   By: /s/ George E. Jacobs
                                                                George E. Jacobs (P36888)
                                                                Attorney for Debtor
                                                                2425 S. Linden Rd. Ste. C
                                                                Flint, MI 48532
                                                                810-720-4333
                                                                george@bklawoffice.com