# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION

In Re:  Case No. 13-30078
         Chapter 13
Mark Hawk  Hon. Daniel S. Opperman

   Debtor(s).
_____/

## ORDER SUSTAINING OBJECTION TO CLAIM OF THE STATE OF MICHIGAN

This matter, having come before the Court on the objection of the Debtor(s) to the claim of the State of Michigan and this Court being otherwise fully appraised in the premises;

NOW THEREFORE, it is hereby ordered that Objection of the Debtor to the claim of the State of Michigan be sustained.

Exhibit "A"

# PROOF OF CLAIM IN BANKRUPTCY
Issued under the federal bankruptcy code.

United States Bankruptcy Court for the

EASTERN DISTRICT OF MICHIGAN - FLINT

Name and address of debtor

| Name and address of debtor | |
|---|---|
| MARK HAWK<br>1333 W. JUDD RD.<br>FLINT, MI. 48507 | **Bankruptcy Number**<br>13-30078 DOF |
| | **Tax ID:**<br>2170 |
| | **Chapter Number**<br>13 |
| | **Account Number**<br>S2170 |

**I certify the following:**

That I am the agent of the State of Michigan, Department of Treasury, Collections Divison, Treasury Building, Lansing, MI 48922; that I am authorized to make this proof of claim in the state's behalf; that this proof cannot be made by the State of Michigan in person because it is a government entity.

That the person named above was, at the time the attached petition was filed, and still is, indebted (or liable) to the claimant in the amount of

**Amount** $6,290.50

That the consideration of this debt (or liability) is as follows:
SEE ATTACHED:

That there are no setoffs or counterclaims to the debt (or liability) except as follows:

This claim is filed as an:

[ ] Administrative Expense  [ ] Secured  [X] Priority  [ ] Unsecured Claim  [ ] USC Section 1305  [ ] Other

$6,290.50

Signature: *[signature]*   Date: 05/23/13

Print or Type Name and Title: SANDRA BRAUN

Court Copy -1

Please send payments to:
Michigan Department of Treasury/Revenue/AG
P.O. Box 30456
Lansing, MI 48909-7955
517-241-5002
Payable to: State of MI-CO

Case 13-30078-dof   Claim 17-1   Filed 05/24/13   Page 1 of 4

Exhibit "B"

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Michigan Department of Treasury 4265 (11-04) | | | | 44289698 | Case Number: 13-30078 DOF | | Page 1 of 1 | 10729354 |
| Sworn Summary Issued under federal code, Title XI Type of Claim: Priority Original | | | | | Taxpayer Identification: 2170 | | Attorney General: ATTORNEY DETROIT | |
| MARK HAWK 1333 W. JUDD RD. FLINT, MI. 48507 | | | | | Other Identification: S2170 | | | |
| Assessment Number | Debt Code | Assessment Date | Account ID | Tax Period | *If Est | Tax Deficiency | Penalty | Interest |
| TV30480 | IIT | 05/23/13 | S2170 | 1/1/2009 - 12/31/2009 | * | $5,626.00 | $0.00 | $664.50 |

**Debt Codes:**
IIT - INCOME TAX

Totals: $5,626.00 | $0.00 | $664.50

**TOTAL CLAIM** $6,290.50

\* An asterisk in this column indicates that tax liability is estimated based on the best information available since actual returns have not been filed. This claim will be adjusted when actual returns are filed.

SANDRA BRAUN _____ being duly sworn, deposes and says (s)he is authorized to act for the Department of Treasury and, to the best of her/his knowledge and belief, the defendant is indebted to the State of Michigan in this amount.

Signature _____ Date: 05/23/2013

Michigan Department of Treasury: Collections
133 (3-98)
Formerly C-1008

44289698
10729354

# PROOF OF CLAIM IN BANKRUPTCY
Issued under the federal bankruptcy code.

United States Bankruptcy Court for the

EASTERN DISTRICT OF MICHIGAN - FLINT

Name and address of debtor

| | |
|---|---|
| MARK HAWK<br>1333 W. JUDD RD.<br>FLINT, MI. 48507 | **Bankruptcy Number**<br>13-30078 DOF |
| | **Tax ID:**<br>2170 |
| | **Chapter Number**<br>13 |
| | **Account Number**<br>S2170 |

**I certify the following:**
That I am the agent of the State of Michigan, Department of Treasury, Collections Divison, Treasury Building, Lansing, MI 48922; that I am authorized to make this proof of claim in the state's behalf; that this proof cannot be made by the State of Michigan in person because it is a government entity.

That the person named above was, at the time the attached petition was filed, and still is, indebted (or liable) to the claimant in the amount of

**Amount** $1,406.50

That the consideration of this debt (or liability) is as follows:
SEE ATTACHED:

That there are no setoffs or counterclaims to the debt (or liability) except as follows:

This claim is filed as an:

- [ ] Administrative Expense
- [ ] Secured
- [ ] Priority
- [x] Unsecured Claim
- [ ] USC Section 1305
- [ ] Other

$1,406.50

Signature: _[signature]_   Date: 05/23/13

Print or Type Name and Title: SANDRA BRAUN

Court Copy -1

Please send payments to:
Michigan Department of Treasury/Revenue/AG
P.O. Box 30456
Lansing, MI 48909-7955
517-241-5002
Payable to: State of MI-CG

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Michigan Department of Treasury 4265 (11-04) | | | | 44289696 | Case Number: 13-30078 DOF | | Page 1 of 1 | 10729354 |
| Sworn Summary Issued under federal code, Title XI | | | | | Taxpayer Identification: 2170 | | Attorney General: ATTORNEY DETROIT | |
| Type of Claim: Unsecured Original | | | | | | | | |

MARK HAWK
1333 W. JUDD RD.
FLINT, MI. 48507

Other Identification:
S2170

| Assessment Number | Debt Code | Assessment Date | Account ID | Tax Period | *If Est | Tax Deficiency | Penalty | Interest |
|---|---|---|---|---|---|---|---|---|
| TV30480 | IIT | 05/23/13 | S2170 | 1/1/2009 - 12/31/2009 | * | $0.00 | $1,406.50 | $0.00 |
| | | | | | | $0.00 | $1,406.50 | $0.00 |
| | | | | | | TOTAL CLAIM | $1,406.50 | |

**Debt Codes:**
IIT - INCOME TAX

\* An asterisk in this column indicates that tax liability is estimated based on the best information available since actual returns have not been filed. This claim will be adjusted when actual returns are filed.

SANDRA BRAUN _____ being duly sworn, deposes and says (s)he is authorized to act for the Department of Treasury and, to the best of her/his knowledge and belief, the defendant is indebted to the State of Michigan in this amount.

Signature                                   Date: 05/23/2013

June 12, 2013

Collection Division
Michigan Department of Treasury
PO Box 30199
Lansing, MI 48909-7699

Re: Susan D. & Mark T. Hawk
    -2170 / 2009 MI Taxes

To whom it may concern:

We received the attached letter recently indicating that we have not filed our 2009 Michigan income tax return and that we owe an amount due of $7,774.73 which includes penalty and interest fee's.

Attached please find a copy of our 2009 Michigan income tax return that I filed through Turbo Tax software. When filing our taxes, we owed an additional $533.00. I sent the attached letter with a copy of our W-2 forms as well as all of the tax return documents along with a check for $100.00 and asked if we could make monthly payments of $100.00 each until it was paid off.

After filing the return both online and then sending a copy to the MI Department of Treasury in Lansing, we sent in the following payments:

04/15/2010 - $100.00 – Check #5767
09/27/2011 - $100.00 – Check #1144
11/06/2011 - $100.00 – Check #1184
01/03/2012 - $100.00 – Check #1198
04/06/2012 - $100.00 – Check #1170

Please check your records as I show that each of these payments were cashed and should have been applied against the outstanding balance under social security   2170.

Should you have any questions or need anything further, please let us know. You can also email my husband and myself at sue.hawk@att.net.

Sincerely,

*Copy*

Susan D. Hawk

cc: Office of Carl L. Bekofski
    Chapter 13 Trustee → Sent 6/18

Note: This was my first year of using Turbo Tax software to file but it did go through

Exhibit "e"

Michigan Department of Treasury
168 (Rev. 5-10)

# Bill for Taxes Due
(Intent to Assess)

Issued under P.A. 122 of 1941, as amended.
* For monthly PENALTY/INTEREST provisions, correspondence, and informal conference information, see page 2.

| Tax Division | Tax Division Telephone Number |
|---|---|
| INDIVIDUAL | 517 636 4486 |
| Assessment Number | Date Issued |
| TV30480 | 05/23/13 |
| Social Security/Account Number | |
| | -2170 |
| Collection Division Telephone Number | |
| 517-636-5265 | |

HAWK MARK T & SUSAN D
1333 W JUDD RD
FLINT          MI 48507

**BILL SUMMARY**

| Tax Due | $ | 5,626.00 |
|---|---|---|
| Penalty | $ | 1,406.50 |
| Interest | $ | 742.23 |
| Total Due* | $ | 7,774.73 |

### Detail of Tax Liability

| Type of Tax | Taxable Period | Tax Due | Penalty | Interest |
|---|---|---|---|---|
| INCOME TAX 2009 MI-1040 FAIL TO FILE OR PAY | 2009 | 5,626.00 | 1,406.50 | 742.23 |



6/18 - mailed back to PO Box below

### Reason for Tax Bill

OUR RECORDS INDICATE NO TAX RETURN FILED FOR THE TAXABLE PERIOD SHOWN ABOVE. AS PROVIDED BY LAW, THE TAX DUE HAS BEEN COMPUTED FROM INFORMATION PROVIDED BY THE IRS UNDER AUTHORITY OF IRC SEC.6103 (D). FILE ACTUAL RETURNS TO ADJUST THIS COMPUTED LIABILITY OR SUBMIT PROOF THAT NO RETURN WAS REQUIRED

---

168 (Rev. 4-10)     *Detach and mail the payment voucher with your payment. Do not staple.*

## Bill for Taxes Due

Payment due within 30 days (see penalty and interest provisions on page 2). Make your check payable to "State of Michigan-CD." Write your Social Security/Account No. and Assessment No. on all checks and correspondence. Allow up to 14 days for mailing and processing. A return envelope is enclosed for your convenience. **Mail payment and this voucher to:**

*489097699002*

COLLECTION DIVISION
MICHIGAN DEPARTMENT OF TREASURY
PO BOX 30199
LANSING MI 48909-7699

| Assessment Number | Date Issued |
|---|---|
| TV30480 | 05/23/13 |
| Taxpayer Name | |
| HAWK MARK T & SUSAN D | |
| Social Security/Account Number | |
| | -2170 |
| Write Payment Amount Here ☞ | |

Notify the Collection Division in writing if your address above is incorrect.

▼  DO NOT WRITE IN THIS SPACE  ▼

000007774732  911304807  000000000009  138674217002  7

# 2009 Michigan Forms to Print and Mail

Important: Your taxes are not finished until all required steps are completed.



Mark T & Susan D Hawk
1333 W. Judd Rd.
Flint, MI 48507

| | |
|---|---|
| **What You Need to Mail** | Your return shows a balance due of $533.00. Mail your completed Form MI-1040-V with included payment of $533.00 made payable to State of Michigan by April 15, 2010 to:<br><br>Mail to:<br>   Michigan Department of Treasury<br>   P.O. Box 30774<br>   Lansing, MI 48909-8274<br><br>Do not mail Form MI-1040-V with payment until your return has been ACCEPTED for electronic filing by the Michigan Department of Treasury. |
| **Balance Due/ Refund** | Your Do not mail Form MI-1040-V with payment until your return has been ACCEPTED for electronic filing by the Michigan Department of Treasury. tax return (Form MI-1040) shows a balance due of $533.00. |
| **2009 Michigan Tax Return Summary** | Taxable Income                         $   128,129.00<br>Total Tax                                 $     5,309.00<br>Total Payments/Credits            $     4,776.00<br>Payment Due                          $       533.00 |
| **Forms Included** | Michigan Individual Income Tax Return<br>City of Flint Income Tax Return |

4-15-10
CK 5747
$100.00

---
✂ Detach here and mail with your payment. Do not fold or staple the voucher.
---

Michigan Department of Treasury (Rev. 10-09)

## 2009 MICHIGAN Individual Income Tax e-file Payment Voucher       MI-1040-V

Issued under authority of Public Act 281 of 1967. See instruction for filing guidelines.

Mail Form MI-1040-V with your payment after you e-file your MI-1040 return.
Do not use this form to make any other payments to the State of Michigan.

| ▶1. Filer's Name(s) (First, Middle Initial, Last) and Home Address (Street, City, State, ZIP Code) | ▶2. Filer's Social Security Number | Spouse's Social Security Number |
|---|---|---|
| | -2170 | -4923 |
| MARK    T    HAWK | **WRITE PAYMENT AMOUNT HERE** ▶ $ | 533.00 |
| SUSAN    D    HAWK | **MAIL TO:** Michigan Department of Treasury P.O. Box 30774 Lansing, MI 48909-8274 | Make check payable to 'State of Michigan.' Write your Social Security number and '2009 MI-1040-V' on the check. Do not fold or staple. |
| 1333 W JUDD RD | | |
| FLINT        MI   48507 | | |

**DO NOT WRITE IN THIS SPACE**                                       MISA2101  10/26/09

1030                                  72658775 2 2009 368764923 386742170 0

```
SUSAN D. HAWK                                    74-7091-2724       5767
MARK T. HAWK
1333 W. JUDD RD.  PH. 239-1999        Date  4-15-10
FLINT, MI 48507
```

Pay to the order of  MI Dept of Treasury        $ 100.00

One hundred + 00/100 ————————————————    Dollars

DORT FEDERAL CREDIT UNION
2845 Davison Rd., P.O. Box 1635
Flint, Michigan 48501
                                    Susan D. Hawk
For  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

⑈272479919⑈   06935283⑈ 5767 ⑈00000100000⑈

04222010 781040  CR PAYEE AEG BEL RLBX
1350   0246  119
I   SO 1065953    INDIANAPOLIS, IN

# Electronic Filing Instructions for your 2009 Michigan Tax Return
Important: Your taxes are not finished until all required steps are completed.



Mark T & Susan D Hawk
1333 W. Judd Rd.
Flint, MI 48507

| | |
|---|---|
| **Balance Due/ Refund** | Your Michigan state tax return (Form MI-1040) shows a balance due of $533.00. Mail your completed Form MI-1040-V with included payment made payable to the State of Michigan by April 15, 2010. Make sure you sign your check and write your social security number and "2009 MI-1040-V" on the check. |
| **No Signature Document Needed** | No signature form is required since you signed your return electronically. |
| **What You Need to Mail** | Your return shows a balance due of $533.00. Mail your completed Form MI-1040-V with included payment of $533.00 made payable to State of Michigan by April 15, 2010 to:<br><br>Mail to:<br>   Michigan Department of Treasury<br>   P.O. Box 30774<br>   Lansing, MI 48909-8274<br><br>Do not mail Form MI-1040-V with payment until your return has been ACCEPTED for electronic filing by the Michigan Department of Treasury. |
| **What You Need to Keep** | Your Electronic Filing Instructions (this form)<br>Printed copy of your state and federal returns |
| **Other Forms to Mail** | Your Flint return shows a refund of $342.00.<br><br>Be sure to attach Copy 2 of Form W-2 to your Flint return.<br><br>Mail Flint Form CF-1040 to the following address by April 30, 2010:<br><br>CITY OF FLINT<br>INCOME TAX OFFICE<br>PO BOX 1800<br>FLINT, MI 48501 |
| **2009 Michigan Tax Return Summary** | Taxable Income            $    128,129.00<br>Total Tax                 $      5,309.00<br>Total Payments/Credits   $      4,776.00<br>Payment Due             $        533.00 |

April 15, 2010

Michigan Department of Treasury
PO Box 30774
Lansing, MI 48909-8274

To Whom It May Concern:

Enclosed please find a check in the amount of $100.00 which is a portion of the amount due of $533.00 that we owe for the 2009 tax year. We apologize that we cannot pay the entire amount however my husbands employer has initiated a permanent pay cut of $7.00 per hour and also eliminated his overtime which used to make up a ¼ of his pay. As a result of this pay cut, I don't expect that we will owe any taxes in 2010 and thereafter since our combined pay will be so much lower. We also owe the IRS an amount of $3,676.00 so have set up a monthly payment plan with them as well.

We would like to set up a payment plan where we pay an amount of $100.00 per month (plus interest) until the amount due is paid in full. If my husband is granted some overtime, we will send in more with our monthly payment to pay off the balance in a shorter time period.

Please advise if this payment plan is acceptable. We appreciate your consideration in this matter.

COPY
Susan & Mark Hawk
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
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

Michigan Department of Treasury
4220 (Rev. 9-09), Page 1

# 2009 MICHIGAN Individual Income Tax Barcode Datasheet

This datasheet is PAGE 1 of your individual income tax return and/or home heating credit claim. You must staple this form to the top of Form MI-1040 or MI-1040CR-7 for your return to be complete and to speed the processing.

Do **NOT** file this form alone.

See additional instructions below.



**Software Use Only**
[X] MI-1040 included
[ ] MI-1040CR-7 included

## FILER'S IDENTIFICATION

| Filer's First Name | MI | Last Name | Filer's Social Security Number |
|---|---|---|---|
| MARK | T | HAWK | -2170 |

| If a Joint Return, Spouse's First Name | MI | Last Name | Spouse's Social Security Number |
|---|---|---|---|
| SUSAN | D | HAWK | -4923 |

Home Address (No., Street, P.O. Box or Rural Route)
1333 W JUDD RD

| City or Town | State | ZIP Code |
|---|---|---|
| FLINT | MI | 48507 |

## Instructions

Staple this form to the top of your MI-1040 *Individual Income Tax Return* or your *MI-1040CR-7 Home Heating Credit Claim*. **Do NOT file this form alone.**

If you make a correction to any of your data, **you must reprint the corrected page** of the return and this barcode datasheet to capture the corrected information in the barcode.

Mail the original datasheet and original return/claim (not photocopies) to the address on your return/claim.

Make your check payable to **"State of Michigan"** and print **the filer's Social Security Number** and **"2009 income tax"** on the front of your check.

1030                    MIIA0203  11/02/09

Michigan Department of Treasury (Rev. 10-09), Page 1

# 2009 MICHIGAN Individual Income Tax Return MI-1040

Return is due April 15, 2010.
Type or print in blue or black ink.

Issued under authority of Public Act 281 of 1967.

**PLACE LABEL HERE**

| ► 1 Filer's First Name | M.I. | Last Name | ► 2 Filer's Social Security No. |
|---|---|---|---|
| MARK | T | HAWK | -2170 |
| If a Joint Return, Spouse's First Name | M.I. | Last Name | |
| SUSAN | D | HAWK | ► 3 Spouse's Social Security No. |
|  |  |  | -4923 |

Home Address (No., Street, P.O. Box or Rural Route)
1333 W. JUDD RD.

| City or Town | State | ZIP Code | ► 4 School District Code (5 digits - see instructions) |
|---|---|---|---|
| FLINT | MI | 48507 | 25080 |

You may contribute to the **CHILDREN'S TRUST FUND** on line 22 of this form.

► 5 **STATE CAMPAIGN FUND**
Check this box if you (or your spouse, if filing a joint return) want $3 of your taxes to go to this fund. This will not increase your tax or reduce your refund.
- a You — Yes ☐  No ☒
- b Spouse — Yes ☐  No ☒

► 6 **FARMERS, FISHERMEN OR SEAFARERS**
☐ Check this box if 2/3 of your income is from farming, fishing or seafaring.

► 7 **FILING STATUS.** Check one.
- a ☐ Single
- b ☒ Married, filing jointly
- c ☐ Married, filing separately*

*If you check box 'c,' complete line 3 and enter spouse's name below:

► 8 **RESIDENCY.** Check all that apply.
- a ☒ Resident
- b ☐ Nonresident*
- c ☐ Part-Year Resident*

*If you check box 'b' or 'c,' you must complete and attach Schedule NR.

► 9 **EXEMPTIONS**

| | | | |
|---|---|---|---|
| a Number of exemptions you claimed on your 2009 federal return ► 9a | 4 × $3,600 | 14,400.00 |
| b Number of individuals 65 or older who qualify for a special exemption ► 9b | × $2,300 | 00 |
| c Number of individuals who qualify for one of the following special exemptions: deaf, blind, hemiplegic, paraplegic, quadriplegic, or totally and permanently disabled ► 9c | × $2,300 | 00 |
| d Number of children ages 18 and under you claimed as Michigan exemptions ► 9d | 2 × $600 | 1,200.00 |
| e Number of qualified disabled veterans ► 9e | × $300 | 00 |
| f If your unemployment compensation is 50% or more of your Adjusted Gross Income (amount claimed on line 10) check (X) the box and enter $2,300 ► 9f ☐ (✓) | $2,300 | 00 |
| g If someone else can claim you as a dependent, check (X) the box, complete Worksheet 2 in the instructions, and enter the amount from the worksheet ► 9g ☐ (✓) | 9g | 00 |
| h Add lines 9a, 9b, 9c, 9d, 9e, 9f and 9g. Enter here and on line 15 | 9h | 15,600.00 |

| 10 | Adjusted Gross Income from your U.S. 1040, 1040A, 1040EZ or 1040NR (see instructions) ► 10 | 144,505.00 |
|---|---|---|
| 11 | Additions from Michigan Schedule 1, line 7. Attach Schedule 1 ► 11 | 00 |
| 12 | **Total.** Add lines 10 and 11 | 12 | 144,505.00 |
| 13 | Subtractions from Michigan Schedule 1, line 21. Attach Schedule 1 ► 13 | 776.00 |
| 14 | **Income subject to tax.** Subtract line 13 from line 12. If line 13 is greater than line 12, enter '0' | 14 | 143,729.00 |
| 15 | **Exemption allowance.** Amount from line 9h or Schedule NR, line 20 ► 15 | 15,600.00 |
| 16 | **Taxable income.** Subtract line 15 from line 14. If line 15 is greater than line 14, enter '0' | 16 | 128,129.00 |
| 17 | **Tax.** Multiply line 16 by 4.35% (.0435) | 17 | 5,574.00 |
| 18 | **Total Nonrefundable Credits.** Amount from Schedule 2, line 11. Attach Schedule 2 | 18 | 265.00 |
| 19 | **Income tax.** Subtract line 18 from line 17. If line 18 is greater than line 17, enter '0' ► 19 | 5,309.00 |

**DIRECT DEPOSIT** Deposit your refund directly into your bank account! See instructions and complete a, b and c.
- a Routing Transit Number ►
- c Account Number ►
- b Type of Account: ► (1) ☐ Checking  (2) ☐ Savings

+ 1030 2009 05 01 27 8    MIIA0212 10/27/09    Continue and sign on page 2.

13-30078-dof    Doc 53-1    Filed 08/08/13    Entered 08/08/13 10:36:22    Page 14 of 19

MARK T & SUSAN D HAWK
2009 MI-1040, Page 2    Filer's Social Security Number    \-2170

| Line | Description | Amount |
|---|---|---|
| 20 | Enter amount of Income Tax from line 19 | 5,309.00 |
| 21 | Military Family Relief Fund. Enter your contribution amount ($1 minimum) | 00 |
| 22 | Children's Trust Fund. Enter your contribution amount ($5 minimum) | 00 |
| 23 | Children of Veterans Tuition Grant Program. Enter your contribution amount ($2 minimum) | 00 |
| 24 | Additional Voluntary Contributions from Form 4642, line 12, Attach Form 4642 | 00 |
| 25 | USE TAX. Use tax due on Internet, mail order or other out-of-state purchases from Worksheet 1, line 3, in the instructions. | 0.00 |
| 26 | Add lines 20, 21, 22, 23, 24 and 25 | 5,309.00 |

**REFUNDABLE CREDITS AND PAYMENTS**

| Line | Description | Amount |
|---|---|---|
| 27 | Property Tax Credit. Attach MI-1040CR or MI-1040CR-2 | 00 |
| 28 | Farmland Preservation Credit. Attach MI-1040CR-5 | 00 |
| 29 | Qualified Adoption Expenses. Attach U.S. 8839 and MI-8839 | 00 |
| 30 | Stillbirth Credit. Amount from Worksheet 3, in the instructions | 00 |
| 31a | Federal Earned Income Tax Credit | 00 |
| 31b | Michigan Earned Income Tax Credit. Multiply line 31a by 20% (0.20) | 00 |
| 32 | Energy Efficient Qualified Home Improvement Credit. Amount from Form 4764, line 7 | 00 |
| 33 | Michigan Historic Preservation Tax Credit (refundable). Amount from Form 3581, line 16a or 16b | 00 |
| 34 | Michigan tax withheld from Schedule W, line 3. Attach Schedule W (do not submit W-2's) | 4,776.00 |
| 35 | Estimated tax, extension payments and 2008 credit forward | 00 |
| 36 | Total refundable credits and payments. Add lines 27 through 30, 31b, and 32 through 35 | 4,776.00 |

**REFUND OR TAX DUE**

| Line | Description | Amount |
|---|---|---|
| 37 | If line 36 is less than line 26, subtract line 36 from line 26. Include interest ____ and penalty ____ if applicable (see instr) .... PAY | 533.00 |
| 38 | Overpayment. If line 36 is greater than line 26, subtract line 26 from line 36 | 00 |
| 39 | Credit Forward. Amount of line 38 to be credited to your 2010 estimated tax for your 2010 tax return | 00 |
| 40 | Subtract line 39 from line 38 ...... REFUND | 00 |

**Deceased Taxpayer.** If Filer and/or Spouse died after December 31, 2008, check the appropriate box below.
☐ Filer is Deceased   ☐ Spouse is Deceased

**Taxpayer Certification.** I declare under penalty of perjury that the information in this return and attachments is true and complete to the best of my knowledge.

Filer's Signature ____   Date ____
Spouse's Signature ____   Date ____

► I authorize Treasury to discuss my return with my preparer.   ☐ Yes ☐ No

**Preparer Certification.** I declare under penalty of perjury that this return is based on all information of which I have any knowledge.

► Preparer's PTIN, FEIN or SSN
► Preparer's Business Name (print or type)
SELF-PREPARED
Preparer's Business Address (print or type)

Refund, credit or zero returns. Mail your return to: Michigan Department of Treasury, P.O. Box 30726, Lansing, MI 48909-8226
Pay amount on line 37. Mail your check and return to: Michigan Department of Treasury, P.O. Box 30727, Lansing, MI 48909-8227

Make your check payable to **'State of Michigan.'** Print your **Social Security number** and **'2009 income tax'** on the front of your check. If paying on behalf of another taxpayer, **write the taxpayer's name and Social Security number** on the check. Do not staple your check to the return. Keep a copy of your return and all supporting schedules for six years. To check the status of your refund, have a copy of your MI-1040 available when you visit: **www.michigan.gov/iit**

+ 1030 2009 05 02 27 6     MIIA0212  10/27/09

Michigan Department of Treasury
3423 (Rev 11-09), Page 1

# 2009 MICHIGAN Schedule 1 Additions and Subtractions

Issued under authority of Public Act 281 of 1967

Type or print in blue or black ink.
Attach to Form MI-1040.

Attachment 1A

| Filer's First Name | M.I. | Last Name | Filer's Social Security Number |
|---|---|---|---|
| MARK | T | HAWK | -2170 |
| If a Joint Return, Spouse's First Name | M.I. | Last Name | Spouse's Social Security Number |
| SUSAN | D | HAWK | -4923 |

## Additions to Income

1. Gross interest and dividends from obligations issued by states (other than Michigan) or their political subdivisions .... ► 1 | 00
2. Deduction for taxes on, or measured by, income including self-employment tax taken on your federal return (see instructions) .... ► 2 | 00
3. Gains from Michigan column of MI-1040D and MI-4797 .... ► 3 | 00
4. Losses attributable to other states (see instructions) .... ► 4 | 00
5. Net loss from federal column of your Michigan MI-1040D or MI-4797 .... ► 5 | 00
6. Other (see instructions). **Describe:** _____ ► 6 | 00
7. **Total additions.** Add lines 1 through 6. Enter here and on MI-1040, line 11. .... ► 7 | 00

## Subtractions from Income

8. Income from U.S. government bonds and other U.S. obligations included in MI-1040, line 10. Attach U.S. *Schedule B or 1040A Schedule 1* if over $5,000. .... ► 8 | 00
9. Military pay from U.S. Armed Forces included in MI-1040, line 10. Attach Schedule W. (Include retirement pay on line 12 of this schedule.) .... ► 9 | 00
10. Gains from federal column of Michigan MI-1040D and MI-4797 .... ► 10 | 00
11. Income attributable to another state. **Explain type and source:** _____ ► 11 | 00
12. Retirement or pension benefits included in MI-1040, line 10. (Include military retirement here.) See exceptions in instructions. **Name of payer:** _____ ► 12 | 00
13. Dividend/interest/capital gains deduction for senior citizens (see instructions) .... ► 13 | 00
14. Social Security benefits from U.S. *1040*, line 20b or U.S. *1040A*, line 14b .... ► 14 | 00
15. Income earned while a resident of a renaissance zone.
**Name of zone:** _____ ► 15 | 00
16. Michigan state and local income tax refunds received in 2009 and included in MI-1040, line 10 .... ► 16 | 776.00
17. Michigan Education Savings Program and MI529 Advisor Plan .... ► 17 | 00
18. Michigan Education Trust .... ► 18 | 00
19. Venture Capital Deduction. Attach Form 4534 .... ► 19 | 00
20. Miscellaneous subtractions (see instructions). **Describe:** _____ ► 20 | 00
21. **Total subtractions.** Add lines 8 through 20. Enter here and on MI-1040, line 13 .... ► 21 | 776.00

+ 1030 2009 09 01 27 0          MIIA3901  11/17/09

*Continue to Schedule 2.*

13-30078-dof    Doc 53-1    Filed 08/08/13    Entered 08/08/13 10:36:22    Page 16 of 19

# 2009 MICHIGAN Schedule 2 Nonrefundable Credits

Issued under authority of Public Act 281 of 1967.

Attach to Form MI-1040. **Attachment 1B**

| Filer's First Name | M.I. | Last Name | Filer's Social Security Number |
|---|---|---|---|
| MARK | T | HAWK | -2170 |
| If a Joint Return, Spouse's First Name | M.I. | Last Name | Spouse's Social Security Number |
| SUSAN | D | HAWK | -4923 |

| | | Amount | Credit |
|---|---|---|---|
| 1 | City Income Tax Credit (see instructions) ▶ 1a | 286.00 | 1b  32.00 |
| 2 | Public Contribution Credit (see instructions) ▶ 2a | 00 | 2b  00 |
| 3 | Community Foundation Credit. Enter code from instructions ▶ [  ] ▶ 3a | 00 | 3b  00 |
| 4 | Homeless Shelter/Food Bank Credit (see instructions) ▶ 4a | 00 | 4b  00 |
| 5 | Credit for Income Tax Imposed by Government Units Outside Michigan. Attach a copy of the return  5a | 00 | 5b  00 |
| 6 | Michigan Historic Preservation Tax Credit (nonrefundable). For a refund of any unused credit, see Form 3581 inst. Attach Form 3581 ▶ 6a | 00 | 6b  00 |
| 7 | College Tuition and Fees Credit. Attach Schedule CT ▶ 7 | | 233.00 |
| 8 | Vehicle Donation Credit. Enter code from list below ▶ [  ] ▶ 8a | 00 | 8b  00 |
| 9 | Individual or Family Development Account Credit  9a | 00 | 9b  00 |
| 10 | Energy Cost Recovery Surcharge Credit ▶ 10a | 20.00 | 10b  00 |
| 11 | Total nonrefundable credits. Add lines 1b, 2b, 3b, 4b, 5b, 6b, 7, 8b, 9b and 10b. Enter here and carry amount to your MI-1040, line 18 ................ 11 | | 265.00 |

**VEHICLE DONATON CREDIT CODE TABLE**

- 604  Carlink, Inc.
- 105  Goodwill Industries of Mid-Michigan, Inc.
- 705  Goodwill Industries of Northern Michigan, Inc.
- 905  Goodwill Industries of Southeast Michigan, Inc.
- 803  Goodwill Industries of West Michigan, Inc.
- 601  Goodwill of Southwestern Michigan, Inc.
- 202  Goodwill Wheels to Work

+ 1030 2009 09 02 27 8    MIIA3902  10/27/09

# 2009 MICHIGAN College Tuition and Fees Credit
Issued under authority of Public Act 281 of 1967

Attach to Form MI-1040. Type or print in blue or black ink.

Attachment 07

| ► 1 Filer's First Name | M.I. | Last Name | ► 2 Filer's Social Security Number |
|---|---|---|---|
| MARK | T | HAWK | -2170 |
| If a Joint Return, Spouse's First Name | M.I. | Last Name | Spouse's Social Security Number |
| SUSAN | D | HAWK | -4923 |

**Limitations:** To be eligible to claim the credit, you must be a permanent Michigan resident, your adjusted gross income must be $200,000 or less and the student(s) must have attended a school listed on page 2 of this form.

3  Adjusted gross income from your MI-1040, line 10 ............................. ► 3  144,505.00

4  Credit Amount. Complete all columns and round all amounts to the nearest dollar.

| A Student Name | ► B Student Social Security Number | C Name of Qualifying Michigan College or University Attended | ► D College or University Code Number (see instr.) | ► E Amount of Undergraduate Tuition and Fees Paid | F Multiply each amount in Co. E by 8% and enter here. Cannot exceed $375 per student. |
|---|---|---|---|---|---|
| a Jason Hawk | -2154 | Mott CC | 0580 | 2,908. | 233. |
| b | | | | | |
| c | | | | | |
| d | | | | | |

4e  **Total Credit Amount.** Enter total of column F here and carry this amount to your Schedule 2, line 7. (Cannot exceed $375 per student.) ................ ► 4e  233.00

5  Is someone else contributing to undergraduate tuition and fees for the student(s) listed above? If "Yes," enter the requested information on line 6 ........................ ► 5  ☐ Yes  ☒ No

6  Enter the information below if someone else is contributing to undergraduate tuition and fees for the student(s) listed on line 4. Continue using the same 'a' through 'd' references.

| A Student Identification From Line 4 Above | B Name and Address of Contributor |
|---|---|
| a | |
| b | |
| c | |
| d | |

+ 1030 2009 33 01 27 9      MIIA1101  09/21/09

Michigan Department of Treasury
3924 (Rev 9-09), Page 1

Schedule W

# 2009 MICHIGAN Withholding Tax Schedule

Issued under authority of Public Act 281 of 1967.

**INSTRUCTIONS:** If you had Michigan income tax withheld in 2009, you must complete a *Withholding Tax Schedule* (Schedule W) to claim the withholding on your *Individual Income Tax Return* (MI-1040, line 34). Attach your completed Schedule W to your MI-1040 or MI-1040X form where applicable. See complete instructions. Type or print in blue or black ink.

Attachment 13

| Filer's First Name | M.I. | Last Name | Filer's Social Security Number (Example: 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) |
|---|---|---|---|
| MARK | T | HAWK | -2170 |
| If a Joint Return, Spouse's First Name | M.I. | Last Name | Spouse's Social Security Number (Example: 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) |
| SUSAN | D | HAWK | -4923 |

## TABLE 1: MICHIGAN TAX WITHHELD ON W-2, W-2G or CORRECTED W-2 FORMS

| A<br>Enter 'X' if for:<br>You or Spouse | B<br>Box b —<br>Employer's federal<br>identification number | C<br>Employer's name | D<br>Box 1 — Wages, tips,<br>other compensation | E<br>Box 17 — Michigan<br>income tax withheld | F<br>Box 19 — City<br>income tax withheld |
|---|---|---|---|---|---|
| X | 38-6004611 | CITY OF FLINT A M | 67,206.00 | 2,600.00 | 666.00 |
| X | 38-1466991 | LAKE AGENCY INC | 50,023.00 | 2,176.00 | 00 |
|  |  |  | 00 | 00 | 00 |
|  |  |  | 00 | 00 | 00 |
|  |  |  | 00 | 00 | 00 |
|  |  |  | 00 | 00 | 00 |
|  |  |  | 00 | 00 | 00 |
|  |  |  | 00 | 00 | 00 |

Enter Table 1 Subtotal from additional Schedule W forms (if applicable)............ 00 | 00

1. SUBTOTAL. Enter total of Table 1, columns E and F. Carry total of column F to the City Income Tax Worksheet in the MI-1040 Instruction Booklet .................... 1 | 4,776.00 | 666.00

**IMPORTANT:** If you have no entries for Table 2, carry total of line 1, column E, to line 3 below.

## TABLE 2: MICHIGAN TAX WITHHELD ON 1099 and 4119 FORMS

| A<br>Enter 'X' if for:<br>You or Spouse | B<br>Payer's federal<br>identification number | C<br>Payer's name | D<br>Taxable pension<br>distribution, misc.<br>income, etc (see instr.) | E<br>Michigan income<br>tax withheld | F<br>Box 7 — Distribution<br>Code (1099-R only) |
|---|---|---|---|---|---|
|  |  |  | 00 | 00 |  |
|  |  |  | 00 | 00 |  |
|  |  |  | 00 | 00 |  |
|  |  |  | 00 | 00 |  |
|  |  |  | 00 | 00 |  |
|  |  |  | 00 | 00 |  |

Enter Table 2 Subtotal from additional Schedule W forms (if applicable)............ 00

2. SUBTOTAL. Enter total of Table 2, column E ........................... 2 | 00

3. TOTAL. Add line 1 and line 2, column E. Carry total to your MI-1040, line 34 ....... ▶ 3 | 4,776.00

+ 1030 2009 57 01 27 9      MIIA2501 10/29/09

13-30078-dof    Doc 53-1    Filed 08/08/13    Entered 08/08/13 10:36:22    Page 19 of 19